UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANTHONY ACINELLI, JR., ) | Case No. CV 08-6476-ABC(RC) |
| Petitioner, ) | |
| vs. ) | |
| ) | JUDGMENT |
| FERNANDO GONZALEZ, ) | |
| Respondent. ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: October 20, 2008        *Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-6476.jud
10/2/08